IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WILMA LENTZ, individually and
on behalf of those similarly situated**                                          **PLAINTIFF**

v.                              CASE NO. 4:10CV00149 BSM

**TOYOTA INDUSTRIES OF NORTH
AMERICA, INC., a Delaware Corporation,
TOYOTA MOTOR SALES, USA, INC.,
a California corporation, TOYOTA MOTOR
CORPORATION, a Foreign Corporation, and
TOYOTA INDUSTRIES CORPORATION,
a Foreign Corporation**                                                              **DEFENDANTS**

## ORDER

The parties' joint motion (Doc. No. 2) to stay all proceedings pending a ruling by the Judicial Panel on Multidistrict Litigation ("panel") concerning the transfer of this action for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 is hereby granted. The parties shall file notice of any action taken by the panel affecting the appropriateness transfer.

IT IS SO ORDERED this 1st day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE